IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC GUERRIER, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| STATE FARM, *Defendant* | : : : | NO. 19-2435 |

## ORDER

AND NOW, this 6th day of June, 2022, upon consideration of Defendant State Farm's Motion for Summary Judgment (Doc. No. 30), Plaintiff Marc Guerrier's Response in Opposition (Doc. No. 31), and State Farm's Reply (Doc. No. 33), it is hereby **ORDERED** that:

1. For the reasons in the accompanying Memorandum, State Farm's Motion for Summary Judgment (Doc. No. 30) is **GRANTED**; and

2. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE